FILED
U.S. DISTRICT COURT
MIDDLE DIST. GEORGIA

2020 MAR 17 PM 12: 16

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT OT THE MIDDLE DISTRICT OF THE STATE OF GEORGIA.

CIVIL DOCKET NO: 3:20-cv-38

DAVID BRYAN CRESPO.
THE PLAINTIFF

VS.

THE STATE OF GEORGIA.et.al
A STATE GOVERNMENTAL MUNICIPALITY CORPORATION.,

ALEX STONE.DISTRICT ATTORNEY
WALTON COUNTY.ALCOVY JUDICIAL CIRCUIT.et.al.,

LAYLA H. ZON.ASSISTANT DISTRICT ATTORNEY WALTON COUNTY. ALCOVY
JUDICIAL CIRCUIT.et.al.,

ERIC YARBOROUGH ASST D.A INVESTIGATOR
JACQUELINE PAYNE.ASSISTANT DISTRICT'S ATTORNEY.WALTON COUNTY.ALCOVY
JUDICIAL CIRCUIT.et.al.,

BRIAN GRANGER.ASSISTANT DISTRICT ATTORNEY WALTON COUNTY.ALCOVY
JUDICIAL CIRCUIT.et.al.,

JOE CHAPMAN.SHERIFF
WALTON COUNTY SHERIFF DEPARTMENT.et.al.,

DREW ANN. HUDSON.WALTON COUNTY SHERIFF DEPARTMENT.
et.al.,

SAM ASTIN.WALTON COUNTY SHERIFF DEPARTMENT.et.al.,

SAM DUFF. WALTON COUNTY SHERIFF DEPARTMENT. et.al.,

HENRY "BO" HUFF.WALTON COUNTY SHERIFF DEPARTMENT.et.al..

WALTON COUNTY.e t.al., A COUNTY GOVERNMENTAL MUNICIPALITY CORPORATION
WITHIN THE STATE OF GEORGIA.,

JERI COLLYN BLAKEMAN(AKA);
JERI COLLYN STEPHENS.,AND

MICHAEL BLAKEMAN.
    THE DEFENDANTS.

WALTON COUNTY SHERIFFS
JOSEPH BRAMLETT, CHARLES CLINE, CHARLIE DALTON, MASON HENSON
CHRIS LABOWICZ, NINA M. LEE, VICTOR MARTINEZ KIRK MCLEROY JOHN MURA
*********COMPLAINT********* LANCE SAVAGE, JESSICA SLOGGINS, ROBERT SHUMAN
    (1)    DAVID ZAJAC SAM ASTIN

THE PLAINTIFF DAVID BRYAN CRESPO.("HEREINAFTER DAVID BRYAN CRESPO OR
PLAINTIFF") FOR THAT OF HIS NOW, THE PLAINTIFF'S FEDERAL CIVIL ACTION COMPLAINT
AGAINST THE NAMED DEFENDANTS AS HEREINAFTER LISTED BELOW AND DOES HERE
AND NOW ALLEGES AS FOLLOWS:

            (2)
**********INTRODUCTION******** **

 IN MARCH OF 2017, THE DEFENDANTS WALTON COUNTY, GEORGIA SHERIFF
DEPARTMENT.,"et.al" JOE CHAPMAN, DREW ANN HUDSON, SAM ASTIN, JOSEPH
BRAMLETT, CHARLES CLINE, CHARLIE DALTON, SAM DUFF, MASON HENSON, HENRY "BO"
HUFF, CHRIS LABOWICZ, NINA M. LEE, VICTOR MARTINEZ, KIRK McLEROY, JOHN MURA,
LANCE SAVAGE, JESSICA SCOGGINS, ROBERT SHUMAN, DAVID ZAJAC., THE ALCOVY
JUDICIAL CIRCUIT DISTRICT ATTORNEY ALEX STONE, ALCOVY JUDICIAL CIRCUIT DISTRICT
ASSISTANT DISTRICT ATTORNEY'S
LAYLA H. ZON, JACQUELINE PAYNE, BRIAN GRANGER, AND JERI COLLYN BLAKEMAN AKA
JERI COLLYN STEPHENS,AND MICHAEL BLAKEMAN.,"et.al" FILED "FALSE AND MALICIOUS "
CRIMINAL CHARGES AGAINST THE NAMED PLAINTIFF'S OF AN "ALLEGED RAPE" IN THE
CITY OF MONROE, WALTON COUNTY,GEORGIA.ALCOVY JUDICIAL CIRCUIT.ON BEHALF OF
THE STATE OF GEORGIA AGAINST THE PLAINTIFF DAVID BRYAN CRESPO.CAPTIONED THE
STATE OF GEORGIA VS. DAVID BRYAN CRESPO.STATE OF GEORGIA'S WALTON COUNTY
CRIMINAL WARRANT NO: 2017-0736-1; STATE OF GEORGIA'S WALTON COUNTY CRIMINAL
INDICTMENT NO: 2017-CR-0449-1.

            (3)

THE HEREIN NAMED DEFENDANTS BEFORE FILING CRIMINAL CHARGES AGAINST THE
PLAINTIFF'S."THE DEFENDANTS" ERRONEOUSLY AND INTENTIONALLY IGNORED AND

"KNOWINGLY CONCEALED AND WILLFULLY COVERED UP" FACTS AND EVIDENCE THAT THE ALLEGED VICTIM AND HER HUSBAND., I.e,"JERI COLLYN BLAKEMAN AKA JERI COLLYN STEPHENS AND MICHAEL BLAKEMAN" HAD AN HISTORY OF ALLEGING FALSE AND FRAUDULENT CHARGES AND CRIMES OF "RAPE THAT HAD NEVER, EVER TOOK PLACE" OR THAT THE ALLEGED VICTIM JERI COLLYN BLAKEMAN AKA JERI COLLYN STEPHENS AND MICHAEL BLAKEMAN ("TARGETED") KNOWING INDIVIDUALS WHO THEY FELTED THEY COULD LATER SUE FORE MONETARY DAMAGES BASED UPON THE DEFENDANTS JERI COLLYN BLAKEMAN AKA JERI COLLYN STEPHENS AND MICHAEL BLAKEMANS FRAUDULENT AND FALSELY CREATED ALLEGATIONS OF AN ALLEGED RAPE THAT NEVER HAPPEN AND THE DEFENDANTS ("NEVER") BY LAW, HAD ANY LEGALLY SOUND PROBABLE CAUSE ARREST THE PLAINTIFF. NEVERTHELESS, THE DEFENDANTS FILED CHARGES FULLY AGAINST THE PLAINTIFF AND THEREAFTER SOUGHT AND RECEIVED AN BASELESS WALTON COUNTY, GEORGIA ALCOVY JUDICIAL CIRCUIT CRIMINAL INDICTMENT.,#17-CR-0449-1 AGAINST THE PLAINTIFF IN THE SUPERIOR COURT OF WALTON COUNTY,GEORGIA.FALSELY REPRESENTING THAT DAVID BRYAN CRESPO ("THE PLAINTIFF") HAD ALLEGEDLY RAPED JERI COLLYN BLAKEMAN AKA JERI COLLYN STEPHENS,THE DEFENDANTS EVEN BEING ARMED WITH AND HAVING CONCEALED THE STATE'S ALLEGED VICTIM JERI COLLYN BLAKEMAN AKA JERI COLLYN STEPHENS, FRAUDULENT CRIMINALIZED HISTORY AND PAST OF CREATING FALSE ALLEGATIONS OF ALLEGE RAPES WHICH NEVER HAPPENED.

(4)

THE HEREIN NAMED DEFENDANTS
REFUSED TO DISMISS THEIR ("THE STATES") FRAUDULENT, FALSE AND MADE UP CRIMINAL CHARGE AGAINST THE PLAINTIFF'S. BUT WHEN (" THE STATE") THE DEFENDANTS FORCED PLAINTIFF'S TOO GO TOO TRIAL.JERI COLLYN BLAKEMAN AKA JERI COLLYN STEPHENS THE STATES KEY WITNESS AND THE STATE'S ALLEGED VICTIM.WAS DEPOSED UNDER OATH DURING THE DEFENDANTS CRIMINAL TRIAL,AND THE WALTON COUNTY CRIMINAL TRIAL JURY LEANED THAT JERI COLLYN BLAKEMAN AKA JERI COLLYN STEPHENS,THE STATES WITNESS AND THE DEFENDANTS ALLEGED VICTIM.("HAD NEVER BEEN RAPED"). IN SHORT ,THE DEFENDANTS FILED. CRIMINAL CHARGES THAT THE DEFENDANTS KNEW OR SHOULD HAVE KNOWN WERE FALSE...

(5)

AFTER THREE(3) YEARS OF AN FALSE AND FRAUDULENT STATE'S CRIMINAL LITIGATION AGAINST THE PLAINTIFF, BY WALTON COUNTY PROSECUTORS.AND (934) OF UNCONDITIONAL HOUSE ARREST,AND FORCED BY THE STATE,WALTON COUNTY PROSECUTORS TO WEAR AN ELECTRONIC LEG MONITOR.WHICH CAUSED PLAINTIFF SERIOUS MEDICAL ISSUES AND LONG TERM EFFECTS THEREFROM. AND AS AN DIRECT

RESULTS OF THE WALTON COUNTY SHERIFF DEPARTMENT INVESTIGATORS AND ALCOVY JUDICIAL CIRCUIT WALTON COUNTY STATE PROSECUTORS ("THE DEFENDANTS") KNOWING, WILLFUL.AND INTENTIONAL UNCONSTITUTIONAL ACTIONS AND CONDUCT. THEIR ACTIONS DIRECTLY RESULTED IN THE ACTUAL DEATH OF THE PLAINTIFF'S UNBORN DAUGHTER. LOST CUSTODY OF HIS SON, LOST OF EMPLOYMENT,LOST OF HIS UP AND COMING MOVIE PRODUCTIONS COMPANY.LOSS WAGE'S, LOST PROFIT'S, PAIN AND SUFFERING, EMOTIONAL, MENTAL ABUSE, THE INTENTIONAL INFLICTIONS OF EMOTIONAL DISTREE, UNLAWFUL DETENTION, ARREST WITHOUT PROBABLE CAUSE, FALSE IMPRISONMENT, MALICIOUS PROSECUTION, AND OTHER INJURIES TOO THAT OF THE PLAINTIFF'S PERSON,LIFE AND LIBERTIES.

(6)

THE PLAINTIFF DAVID BRYAN CRESPO, DURING THE NAMED DEFENDANTS UNLAWFUL, UNCONSTITUTIONALLY FORCED STATE OF GEORGIA'S WALTON COUNTY CRIMINAL TRIAL.("EXPOSED") THE STATE OF GEORGIA'S ALLEGED CRIME OF RAPE AS FALSE AND FRAUDULENT THEREBY RESULTING IN THE FULL ADQUITTAL OF THE NAMED PLAINTIFF'S  BY THE COURT AND THE JUDICIAL IMPOSTION OF TERMINATION AND DISCHARGING OF THE PLAINTIFF'S BY LAW.

(7)

THE HEREIN NAMED DEFENDANTS SHOULD AND MUST BE BY LAW HELD LIABLE FORE THE FULL FALSE, FRAUDULENT AND UNCONSTITUTIONAL EXTENT OF THE DAMAGES AND CONTINUING EFFECTS THEREFROM WHICH THEY'VE CAUSED THE PLAINTIFF. DIRECTLY BY AND WHICH ACTUALLY DOES RESULTS FROM THEIR, (" THE DEFENDANTS") FRAUDULENT AND UNCONSTITUTIONALLY ERRONEOUS STATE OF GEORGIA'S CRIMINAL PROSECUTION OF THEIR FRAUDULENT AND FALSELY ACCUSED ALLEGATIONS OF RAPE AGAINST THE PLAINTIFF AND FORE THE (" EXEMPLORY DAMAGES ") TO DETER THESE NAMED DEFENDANTS FROM UNLAWFULLY AND UNCONSTITUTIONALLY FROM ENGAGING IN ANY SIMILAR AND OR INTERRELATED CONDUCT IN THE FUTURE.

(7)

*SUBJECT MATTER JURISDICTION*

THIS HONORABLE UNITED STATES FEDERAL DISTRICT COURT OF THE MIDDLE DISTRICT OF GEORGIA. HAS SOLE SUBJECT MATTER JURISDICTION OVER THIS NAMED PLAINTIFF'S

CLAIMS AND VALID CAUSE OF ACTIONS AS HEREINAFTER SETFORTH THEREUNDER TITLE 28 UNITED STATES CODE ANNOTATED, SECTION"1332.ET.SEQ.
THERE IS COMPLETE DIVERSITY OF CITIZENSHIP BETWEEN THE PARTIES, AND AS SETFORTH IN MORE DETAIL HEREIN. THE AMOUNT NOW IN CONTROVERSY EXCEEDS $25 MILLION DOLLAR. EXCLUSIVE OF INTEREST AND COSTS.TITLE 28; UNITED STATES CODE ANNOTATED SECTION"1343(3) AND (4).ET.SEQ.

(8)

THIS HONORABLE UNITED STATES FEDERAL DISTRICT COURT HAS SUPPLEMENTAL JURISDICTION OVER THE PLAINTIFF'S PENDENT STATE LAW CLAIMS UNDER TITLE, 28; UNITED STATES CODE ANNOTATED,SECTION"1367(A).

(9)

VENUE IS PROPER IN THE MIDDLE DISTRICT OF GEORGIA,(MONROE). BECAUSE THE NOW COMPLAINED OF UNLAWFUL, UNCONSTITUTIONAL ACTS AND OMISSIONS WHICH NOW FORMS THE LEGAL BASIS OF THIS NAMED PLAINTIFF'S VALID CLAIMS AND VALID CAUSE OF ACTIONS OCCURRED IN MONROE, WALTON COUNTY,GEORGIA. AND THEY MUST BE ENJOINED.

(9)

THE. HEREIN NAMED PLAINTIFF DAVID BRYAN CRESPO HAS BY LAW COMPLIED WITH ALL REQUIRED STATE OF GEORGIA'S ADMINISTRATIVE PROCEDURAL ACT.

(10)

***********THE PARTIES**********

THE PLAINTIFF'S DAVID BRYAN CRESPO IS A LEGALLY BORN CITIZEN OF THE UNITED STATES. AND RESIDES AT 3682 WILLOW CLUB DRIVE, LOGANVILLE, GEORGIA 30052.

(11)

ON INFORMATION AND BELIEF, DEFENDANT THE STATE OF GEORGIA.IS AN STATE GOVERNMENTAL MUNICIPALITY CORPORATION.THROUGH IT'S AGENTS WAS THE

PROSECUTING STATE AGENCY WITH ITS PRINCIPAL PLACE BEING THE UNITED STATES, AND AT ALL TIMES RELEVANT TO THE ALLEGATIONS, CLAIMS AND CAUSE OF ACTIONS HEREIN STATE OF GEORGIA'S OFFICIALS, AGENTS AND REPRESENTATIVES OF EACH OTHER AND EACH IS RESPONSIBLE FOR ALL ACTIONS TAKEN BY THE OTHER.et.al.,


(12)

ON INFORMATION AND BELIEF, THE DEFENDANT WALTON COUNTY IS AN STATE OF GEORGIA'S GOVERNMENTAL MUNICIPALITY CORPORATION FUNCTION.THROUGH ITS AGENTS WAS THE PROSECUTING COUNTY AGENCY WITH ITS PRINCIPAL PLACE BEING THE CITY OF MONROE. STATE OF GEORGIA.AND AT ALL TIMES RELEVANT TO THE ALLEGATIONS, CLAIMS AND CAUSE OF ACTIONS HEREIN.WALTON COUNTY OFFICIALS, AGENTS AND LEGAL COUNTY REPRESENTATIVES OF EACH OTHER AND EACH ARE RESPONSIBLE FOR ALL UNCONSTITUTIONAL ACTIONS AND UNLAWFUL CONDUCT TAKEN BY THE OTHER.et.al.,


(13)

ON INFORMATION AND BELIEF THE DEFENDANTS WALTON COUNTY SHERIFF DEPARTMENT.i. e., SHERIFF JOE CHAPMAN,SHERIFF DEPUTIES;DREW ANN HUDSON. SAM ASTIN, JOSEPH BRAMLETT, CHARLES CLINE, CHARLIE DALTON, SAM DUFF, MASON HENSON, HENRY BO HUFF, CHRIS LABOWICZ, NINA M.LEE, VICTOR MARTINEZ, KIRK McLEROY, JOHN MURA, LANCE SAVAGE, JESSICA SCOGGINS, ROBERT SHUMAN, AND DAVID ZAJAC.,et.al.,ARE INDIVIDUAL'S WHOM RESIDES IN THE STATE OF GEORGIA, WALTON COUNTY.WITH THEIR PLACE OF EMPLOYMENT LOCATED AT THE WALTON COUNTY SHERIFF DEPARTMENT.1425 SOUTH MADISON AVE, MONROE GEORGIA.30655.AND AT ALL TIMES RELEVANT TO THE ALLEGATIONS, CLAIMS AND CAUSE OF ACTIONS HEREIN. THE DEFENDANTS AND THEIR AGENT'S, ARE REPRESENTATIVE'S OF EACH OTHER AND EACH IS RESPONSIBLE FOR ALL UNCONSTITUTIONAL ACTIONS TAKEN BY THE OTHER.,et.al.,


(14)

ON INFORMATION AND BELIEF THE DEFENDANTS WALTON COUNTY, ALCOVY JUDICIAL CIRCUIT DISTRICT ATTORNEY ALEX STONE, ASSISTANT DISTRICT ATTORNEY'S JACQUELINE PAYNE, LAYLA H.ZON, AND BRIAN GRANGER.et.al., ARE INDIVIDUAL'S WHOM RESIDES IN THE STATE OF GEORGIA WALTON COUNTY.WAS PROSECUTORS IN THE CASE AGAINST THE PLAINTIFF.WITH THEIR PRINCIPAL PLACE OF EMPLOYMENT LOCATED AT THE STATE OF GEORGIA'S ALCOVY JUDICIAL CIRCUIT DISTRICT ATTORNEY OFFICE.303 SOUTH HAMMOND DRIVE#SUITE-334.MONROE, GEORGIA.30655.AND WHOM ARE AT ALL TIMES RELEVANT TO THE ALLEGATIONS,CLAIMS AND CAUSE OF ACTIONS HEREIN THE

DEFENDANTS ARE REPRESENTATIVES OF EACH OTHER AND EACH ARE RESPONSIBLE FOR ALL OF THE NOW COMPLAINED OF UNLAWFUL AND UNCONSTITUTIONAL ACTIONS TAKEN BY THE OTHER AGAINST THIS PLAINTIFF'S.et.al.,

(15)

ON INFORMATION AND BELIEF THE DEFENDANT. "WALTON COUNTY ALCOVY JUDICIAL CIRCUIT DISTRICT ATTORNEY INVESTIGATOR ERIC YARBOROUGH" IS AN INDIVIDUAL WHO RESIDES IN THE STATE OF GEORGIA'S WALTON COUNTY.AND WAS THE STATE OF GEORGIA'S INVESTIGATIVE PROSECUTOR FORE THE ALCOVY JUDICIAL CIRCUIT DISTRICT ATTORNEY'S OFFICE ON BEHALF OF THE STATE OF GEORGIA.et.al., WITH HIS PRINCIPLE PLACE OF EMPLOYMENT LOCATED AT THE ALCOVY JUDICIAL CIRCUIT DISTRICT ATTORNEY'S OFFICE.303 SOUTH HAMMOND DRIVE.SUITE-334.MONROE GEORGIA.30655.AND WHOM AT ALL TIMES RELEVANT TO THE ALLEGATIONS, CLAIMS AND CAUSE OF ACTIONS HEREIN.THE DEFENDANT ERIC YARBOROUGH AN LEGALLY AUTHORIZED STATE OF GEORGIA'S AGENT OF THE STATE OF GEORGIA'S ALCOVY JUDICIAL CIRCUIT DISTRICT ATTORNEY'S OFFICE ARE REPRESENTATIVES OF EACH OTHER AND EACH.("HE") IS NOW RESPONSIBLE FOR ALL OF THE NOW COMPLAINED OF UNLAWFUL AND UNCONSTITUTIONAL ACTIONS TAKEN BY HIM AND THE STATE OF GEORGIA'S AGENT OF THE ALCOVY JUDICIAL CIRCUIT DISTRICT ATTORNEY'S OFFICE AGAINST THIS NAMED PLAINTIFF'S.et.al.,

(16)

ON INFORMATION AND BELIEF THE DEFENDANTS, JERI COLLYN BLAKEMAN AKA JERI COLLYN STEPHENS AND MICHAEL BLAKEMAN.et.al., ARE HUSBAND AND WIFE AND ARE INDIVIDUAL'S WHOM RESIDES IN THE STATE OF GEORGIA'S WALTON COUNTY.AND WERE PROSECUTORS AGAINST THIS PLAINTIFF'S AND THEIR PRINCIPAL PLACE OF RESIDENT BEING; AND WHOM AT ALL TIMES RELEVANT TO THE ALLEGATIONS,CLAIMS AND CAUSE OF ACTIONS TAKEN BY THEM OF THE NOW COMPLAINED OF UNLAWFUL AND UNCONSTITUTIONAL ACTIONS TAKEN BY THEM AND THE STATE OF GEORGIA AND WALTON COUNTY ALCOVY JUDICIAL CIRCUIT DISTRICT ATTORNEY'S AND WALTON COUNTY SHERIFF DEPARTMENT AND WALTON COUNTY ALCOVY JUDICIAL CIRCUIT STATE INVESTIGATOR ERIC YARBOROUGH AGAINST THIS NAMED PLAINTIFF'S.et.al.,

(17)

****STATEMENT OF CLAIMS******

ON OR ABOUT MARCH 26TH 2016.IN THE CITY OF MONROE.ALCOVY JUDICIAL CIRCUIT.WALTON COUNTY,GEORGIA. THE HEREIN NAMED DEFENDANTS JERI COLLYN

BLAKEMAN AKA JERI COLLYN STEPHENS AND MICHAEL BLAKEMAN.BY AND THROUGH KNOWING UNLAWFUL ACTS OF FRAUD, FRAUDULENT REPRESENTATION, FILING FALSE REPORT OF CRIMES, PERJURY AND OTHER FALSIFICATIONS.AND WITH MALICIOUS INTENT WITHOUT ANY PROBABLE CAUSE. MADE AN CRIMINAL COMPLAINT AGAINST THE PLAINTIFF DAVID BRYAN CRESPO," WHOM WERE THE OWNER OF HIS OWN NON PROFIT MOVIE PRODUCTIONS COMPANY AT THE TIME ALONG WITH OTHER SMALL OPERATED BUSINESSES" WITH THE WALTON COUNTY SHERIFF DEPARTMENT FRAUDULENTLY CLAIMING THAT THE PLAINTIFF HAD FORCIBLY RAPED THE NAMED DEFENDANT JERI COLLYN BLAKEMAN AKA JERI COLLYN STEPHENS, KNOWING THAT SUCH ALLEGED RAPE WAS NOT TRUE AND NEVER OCCURRED.

(18)

THE HEREIN NAMED DEFENDANTS AND THEIR AGENT'S OF THE STATE OF GEORGIA'S WALTON COUNTY SHERIFF DEPARTMENT AND THE ALCOVY JUDICIAL CIRCUIT DISTRICT ATTORNEY'S OFFICE ON BEHALF OF THE STATE OF GEORGIA.et.al., BEGINNING FROM MARCH 26TH.2016 THROUGH ON OR ABOUT MARCH 28TH 2017.WITH MALICIOUS AND FRAUDULENT INTENT.AND ONE FULL YEAR LATER AND WITHOUT LEGAL PROBABLE CAUSE.ARRESTED THE PLAINTIFF'S WITHOUT ANY LEGAL, SOLID EVIDENCE, UPON THE DEFENDANTS FALSE AND FRAUDULENT CHARGES OF RAPE.

(19)

THE NAMED PLAINTIFF DAVID BRYAN CRESPO,WEEKS AFTER HIS UNLAWFUL AND UNCONSTITUTIONAL ARREST WAS ALLOWED BY THE DEFENDANTS TOO POST BAIL.THROUGH "PROPERTY BOND ONLY". THE DEFENDANTS UNLAWFUL AND UNCONSTITUTIONAL CONDITION FORE ALLOWING THE PLAINTIFF TOO POST BAIL.WERE THAT THE PLAINTIFF DAVID BRYAN CRESPO WOULD HAVE TOO WARE AN "ELECTRONIC MONITOR.SUPPLIED BY AN PRIVATELY OWNED CONTRACTOR OWNED AND OPERATED BY ONE OF WALTON COUNTY SUPERIOR COURT JUDGE'S."WHICH DUE TO THE LACK OF PROFESSIONAL EXPERIENCE. SKILLS, KNOWLEDGE AND OPERATIONAL TRAINING.THE PLAINTIFF DAVID BRYAN CRESPO. DEVELOPED SEVERE SKIN INFECTIONS,AND OTHER VISIBLE AND NOTABLY SEEN INJURIES TOO HIS PERSON AS AN DIRECT RESULTS OF HIS BEING FORCIBLY MADE TOO WEAR SUCH DEFECTIVE DEVICE.WHEN COMPLAINED TOO THE DEFENDANTS ABOUT THE ELECTRONIC MONITORING SYSTEM THE DEFENDANTS TOLD THE PLAINTIFF TOO SIMPLY"LIVE WITH IT".

(20)

THE HEREIN NAMED DEFENDANTS OF THE WALTON COUNTY SHERIFF DEPARTMENT AND THE ALCOVY JUDICIAL CIRCUIT DISTRICT ATTORNEY'S OFFICE DURING THE PLAINTIFF DAVID BRYAN CRESPO COURT ORDERED HOUSE ARREST.AND OR UNDER THE

ELECTRONIC MONITORING SYSTEM.THE DEFENDANTS REPEATEDLY AND KNOWINGLY HARASSED AND VERBALLY ABUSE THE PLAINTIFF'S GIRL FRIEND WHOM WERE ("9 MONTHS PREGNANT WITH THE PLAINTIFF'S FIRST DAUGHTER"") CAUSING HER TOO DEVELOPE SERIOUS BLEEDING CONDITION WHICH CAUSE THE PLAINTIFF'S UNBORN CHILD. FIRST DAUGHTER TOO DIE.BEFORE THE DAY OF THE PLAINTIFF'S UNBORN CHILD, FIRST DAUGHTER'S DEATH. THE PLAINTIFF'S CONTACTED THE DEFENDANTS TOO OBTAIN APPROVAL FROM THE DEFENDANTS TO GO TOO THE LOCAL HOSPITAL TOO BE WITH HIS GIRLFRIEND WHO WAS IN INTENTIVE CARE.THE DEFENDANTS BY AND THROUGH STATE OF GEORGIA'S,WALTON COUNTY, ALCOVY JUDICIAL CIRCUIT DISTRICT ATTORNEY'S OFFICE ERIC YARBOROUGH MALICIOUSLY DENIED THE PLAINTIFF'S PLEADING REQUEST TOO BE WITH HIS FAMILY.DEFENDANT ERIC YARBOROUGH TOLD PLAINTIFF'S "YOU SHOULDN'T DONE WHAT YOU DID" AND HUNG THE PHONE UP ON THE PLAINTIFF.

(21)

FROM ON OR ABOUT MARCH 26TH 2016 TIL ON OR ABOUT OCTOBER 2019. THE HEREIN NAMED DEFENDANTS, i.e.,"" THE STATE OF GEORGIA, WALTON COUNTY, WALTON COUNTY SHERIFF DEPARTMENT, ALCOVY JUDICIAL CIRCUIT DISTRICT ATTORNEY'S OFFICE, WALTON COUNTY SHERIFF JOE CHAPMAN, DEPUTY SHERIFF'S AND INVESTIGATOR ERIC YARBOROUGH,DREW ANN HUDSON, SAM ASTIN, JOSEPH BRAMLETT, CHARLES CLINE, CHARLIE DALTON, SAM DUFF, MASON HENSON, HENRY BO HUFF, CHRIS LABOWICZ,NINA M LEE, VICTOR MARTINEZ, KIRK MCLEROY, JOHN MURA, LANCE SAVAGE, JESSICA SCOGGINS, ROBERT SHUMAN, DAVID ZAJAC, ALEX STONE, LAYLA H. ZON, JACQUELINE PAYNE, JERI COLLYN BLAKEMAN AKA JERI COLLYN STEPHENS AND MICHAEL BLAKEMAN.""WITHOUT ANY PROBABLE CAUSE AND WITH CLEAR (" KNOWING" ) MALICIOUS INTENT.AND WITHIN VIOLATIONS OF THEIR DULY SWORN OATHS OF OFFICE'S.THROUGH LIES , TRICKERY AND DECEITFUL MEANS DID ON OR BEFORE APRIL28TH 2017.AT THE WALTON COUNTY COURTHOUSE.MONROE GEORGIA.THE STATE OF GEORGIA.BY AND DIRECTLY THROUGH IT'S AGENTS ALCOVY JUDICIAL CIRCUIT DISTRICT ATTORNEY'S ALEX STONE, LAYLA H ZON, AND JACQUELINE PAYNE, AND BRIAN GRANGER .et.al., WHOM AT ALL TIMES HEREIN NAMED WERE ACTING UNDER THE COLOR OF STATE LAW AND AS AGENTS AND ACTORS OF THE STATE OF GEORGIA, WILLFULLY DEFRAUDED THAT OF THE WALTON COUNTY DULY IMPANELED GRAND JURORS.IN ORDER TOO FRAUDULENTLY OBTAIN THAT OF UNLAWFUL,CRIMINAL INDICTMENT#2017-CR-0449-1., AGAINST THE NAMED PLAINTIFF'S UPON THE DEFENDANTS FALSE AND FRAUDULENT CHARGES OF RAPE., ("AS APPEARS UPON THE FACE OF THE RECORDS ")...

(22)

ON OR ABOUT APRIL 28TH 2017. THE DEFENDANTS UNLAWFULLY AND UNCONSTITUTIONALLY INDICTED THE PLAINTIFF'S UPON THE DEFENDANTS FALSE AND

FRAUDULENT CHARGES OF RAPE IN THE SUPERIOR COURT OF WALTON COUNTY, ALCOVY JUDICIAL CIRCUIT. "PURPORTEDLY ON BEHALF OF THE STATE OF GEORGIA", AGAINST THE PLAINTIFF DAVID BRYAN CRESPO., ( "CAPTIONED SUBJECT MATTER. THE STATE OF GEORGIA VS. DAVID BRYAN CRESPO ").AS APPEARS UPON THE FACES OF THE RECORDS.( " i.e., WALTON COUNTY, STATE OF GEORGIA'S CRIMINAL WARRANT #2017-0736-1 , WALTON COUNTY STATE OF GEORGIA'S CRIMINAL INDICTMENT NO:2017-CR-0449-1 " ).

(23)

THE HEREIN NAMED DEFENDANTS.BEFORE FRAUDULENTLY OBTAINING THEIR FALSELY SECURE CRIMINAL INDICTMENT AGAINST THE PLAINTIFF DAVID BRYAN CRESPO.THE DEFENDANTS MALICIOUSLY, ERRONEOUSLY AND INTENTIONALLY ACTING UNDER COLOR OF STATE LAW ( " IGNORED AND KNOWINGLY CONCEALED")THROUGH THEIR OWN INVESTIGATION THE FACTS THAT (" DEFENDANTS JERI COLLYN BLAKEMAN AKA JERI COLLYN STEPHENS ") HAD AN WELL DOCUMENTED HISTORY OF FALSELY ALLEGING NON EXISTING CRIMES OF RAPE THAT NEVER TOOK PLACE NOR HAPPENED.AND THAT THE STATE'S KEY WITNESS AND OR ALLEGED VICTIM AT THE TIME ("DEFENDANT JERI COLLYN BLAKEMAN AKA JERI COLLYN STEPHENS") HAD AN DISCOVERED PATTERN AND PAST OF ("TARGETING ") INDIVIDUAL'S WHOM SHE THOUGHT OR FELTED WERE WORTHY ENOUGH FORE HER AND HER HUSBAND MICHAEL BLAKEMAN TOO LATER SUE FORE MONETARY DAMAGES.THE NAMED DEFENDANTS DURING THE COURSE OF THEIR (" MADE UP ") STATE OF GEORGIA'S CRIMINAL INVESTIGATION AND RESULTING DIRECTLY THERE FROM THE NAME DEFENDANTS WALTON COUNTY ALCOVY JUDICIAL CIRCUIT DISTRICT ATTORNEY'S office AND THE STATE OF Georgia.SAT ON THIS DISCOVERED EVIDENCE.AND INSTEAD OF DISMISSAL OF THEIR FRAUDULENT CHARGES OF RAPE AGAINST THE PLAINTIFF THE NAMED DEFENDANTS FORCED THE PLAINTIFF TOO GO TOO TRIAL.IN ORDER TOO PROVE THAT OF UNDENIABLE INNOCENCE.

(24)

ON OR ABOUT OCTOBER, 2019.THE PLAINTIFF'S APPEARED BEFORE THE SUPERIOR COURT OF WALTON COUNTY, ALCOVY JUDICIAL CIRCUIT FORE TRIAL.THE DEFENDANTS JERI COLLYN BLAKEMAN AKA JERI COLLYN STEPHENS DEPOSED UNDER OATH ("REFUSED TO OPENLY ADMIT OR TESTIFY THAT THE ALLEGED RAPE EVER OCCURRED") AND THE COURT AND THE WALTON COUNTY CRIMINAL TRIAL JURY LEARNED THAT THE ALLEGED THE DEFENDANT JERI COLLYN BLAKEMAN AKA JERI COLLYN STEPHENS HAD NEVER BEEN RAPED AS ALLEGED AND FRAUDULENTLY CHARGED BY THE DEFENDANTS.IN SHORT THE DEFENDANTS FILED CRIMINAL CHARGES OF RAPE AGAINST THE PLAINTIFF THAT THE DEFENDANTS KNEW WERE FALSE.

(25)

AFTER THREE (3) YEARS OF FALSE AND FRAUDULENT CHARGES OF RAPE AGAINST THE PLAINTIFF DAVID BRYAN CRESPO AND AFTER THREE YEARS OF UNLAWFUL AND UNCONSTITUTIONAL CRIMINAL LITIGATION THE PLAINTIFF(" EXPOSED ") THE DEFENDANTS FALSE AND FRAUDULENT CHARGES OF RAPE RESULTING IN THE PLAINTIFF'S ADQUITTAL BY THE WALTON COUNTY TRIAL JURY AND THE WALTON COUNTY SUPERIOR COURT.AND THE COURT'S IMPOSTION OF TERMINATION AND DISCHARGING OF THE PLAINTIFF'S BY LAW.AND THESE HEREIN NAMED DEFENDANTS MUST BE ENJOINED.

(26)

****FIRST CAUSE OF ACTION****
("CIVIL RIGHTS ACTION 42,USC"1983 ") UNLAWFUL ARREST AND THE FORCIBLE DETENTION AGAINST THE NAMED DEFENDANTS.,"et.al.

(27)

THE PLAINTIFF'S REALLEGE ALL PRIOR PARAGRAPHS OF THIS NOW FEDERAL COMPLAINT AND INCORPORATE THE SAME HEREIN BY THIS REFERENCE.

(28)

"42.USCA,1983 PROVIDE THAT:

EVERY PERSON WHO, UNDER COLOR OF ANY STATUTE, ORDINANCE, REGULATIONS,CUSTOM, OR USAGE OF ANY STATE OR TERRITORY SUBJECTS ANY STATE OR TERRITORY SUBJECTS, OR CAUSE TO BE SUBJECTED, ANY PERSON OF THE UNITED STATES OR OTHER PERSON WITHIN THE JURISDICTION THEREOF TO THE DEPRIVATION OF ANY RIGHTS, PRIVILEGES, OR IMMUNITIES FULLY SECURED BY THE CONSTITUTION AND LAWS SHALL BE LIABLE TO THE PARTY INJURED IN AN ACTION AT LAW, SUIT AT EQUITY OR OTHER PROPER LEGAL PROCEEDINGS FORE REDRESS.

(29)

THE HEREIN NAMED PLAINTIFF'S HAD AND DOES INFACT HAVE A FIRMLY ESTABLISHED RIGHT UNDER THE FOURTH (4TH) AMENDMENT OF THE UNITED STATES FEDERAL CONSTITUTION AND LAWS TO BE FREE FROM UNREASONABLE SEIZURE.

(30)

A DETENTION WITHOUT REASONABLE SUSPICIONS THAT A CITIZEN HAS COMMITTED A CRIME VIOLATES THE FOURTH AMENDMENT PROHIBITION ON UNREASONABLE SEIZURE

OF PERSON FORCIBLY ORDERED TO WEAR AN ELECTRONIC MONITORING SYSTEM AND OR PLACED FORCIBLY AND UNCONSTITUTIONALLY UNDER HOUSE ARREST.

(31)

THE PLAINTIFF DAVID BRYAN CRESPO HAD COMMITTED NO CRIMES AGAINST THE LAWS OF THE STATE OF GEORGIA, NOT PRIOR TO NOR WHEN THE NAMED PLAINTIFF'S WERE UNLAWFULLY ARRESTED A WHOLE, FULL YEAR AFTER THE STATE'S ALLEGED COMMISSION OF THE CRIME OF RAPE OCCURRED.

(32)

THE HEREIN NAMED DEFENDANTS KNEW THAT THERE WERE NO LEGAL BASIS FORE THEIR STATE WARRANT, ARREST, INDICTMENT NOR FORE ANY STATE CRIMINAL TRIAL.THESE NAMED HEREIN DEFENDANTS ACTED NOT ONLY MALICIOUSLY, AND UNREASONABLY BUT UNCONSTITUTIONALLY IN ARRESTING AND CHARGING THE PLAINTIFF DAVID BRYAN CRESPO AND SUBJECTING THE PLAINTIFF'S TO AN VIOLATIVE, STRESSFUL AND UNCONSTITUTIONAL CONDITIONS THAT DIRECTLY RESULTED IN ;

1) " THE PHYSICAL DEATH OF HIS UNBORN CHILD, HIS FIRST DAUGHTER,

2) THE LOSS OF HIS MOVIE PRODUCTIONS COMPANY.,

3) THE LOSS CUSTODY OF HIS ONLY SON.,

4) THE LOSS OF EMPLOYMENT.,

5) LOSS WAGES. MEANS.,

(33)

***SECOND CAUSE OF ACTION***
(" CIVIL RIGHTS ACTION 42U.S.C.A. 1983.ET. SEQ., MALICIOUS PROSECUTION AGAINST ALL OF THE DEFENDANTS., et.al., ")

(34)

THE HERE IN NAMED DEFENDANTS INTENTIONALLY AND MALICIOUSLY AND KNOWINGLY INSTITUTED A STATE OF GEORGIA'S CRIMINAL LEGAL ACTION AGAINST THE PLAINTIFF DAVID BRYAN CRESPO WITHOUT ANY PROBABLE CAUSE.,

(35)

THE HEREIN NAMED DEFENDANTS FRAUDULENT AND FALSELY CREATED ALLEGATIONS AND CRIMINAL CASE AGAINST THE PLAINTIFF DAVID BRYAN CRESPO. ON OCTOBER 25TH.2019.ENDED IN AN ADQUITTAL.RESULTING IN THE TERMINATION OF THE FALSE AND FRAUDULENT CHARGES IN THIS NAMED PLAINTIFF'S FAVOR., AS APPEARING UPON THE FACE OF THE RECORDS.

(36)

"THE HEREIN NAMED DEFENDANTS KNOWINGLY ACTED WITH RECKLESS DISREGARD OF THE LAW AND OF THE LEGAL RIGHTS OF THE PLAINTIFF'S IN CAUSING SUCH FALSE AND FRAUDULENT CRIMINAL PROSECUTION AND PROCEEDINGS TO BEGIN.,""

(37)

""THIS NAMED PLAINTIFF'S DAVID BRYAN CRESPO AND THAT OF HIS GIRLFRIEND ANGELA ("NIKI") BROOKS PAULSON.AS AN DIRECT RESULTS OF THE DEFENDANTS FALSE AND FRAUDULENT CHARGES AND ACTIONS.HAVE BEEN.SUBJECTED TO;

1) HUMILIATION,

2) FEAR,

3) PAIN AND SUFFERING BY THE PAINFUL DEATH OF THEIR UNBORN CHILD.THEIR FIRST DAUGHTER.,

4) MENTAL.AND EMOTIONAL STRESS., AND

5) CHARACTER ASSASSINATION.""

(38)

THE HEREIN NAMED PLAINTIFF DAVID BRYAN CRESPO IS BY LAW ENTITLED TO FULL COMPENSATORY DAMAGES., FULL PUNITIVE DAMAGES AND ATTORNEY FEES.UNDER 42U.S.C.A."1988,ET.SEQ.AND ALL APPLICABLE LAW, AND SUCH OTHER ENTITLED RELIEF AS THE COURT DEEMS....

(39)

******PRAYERS FOR RELIEF******

WHEREFORE, THE PLAINTIFF'S DAVID BRYAN CRESPO PRAYS FOR A COURT ORDERED JUDGMENT AS FOLLOWS:

1) THAT THE COURT ENTER JUDGMENT FORE FULL, COMPENSATORY DAMAGES, GENERAL DAMAGES, AND SPECIAL DAMAGES IN THE AMOUNT TO BE DETERMINE BY THE COURT.

2) THAT THE COURT ENTER JUDGMENT FORE EXEMPLORY DAMAGES AGAINST EACH OF THESE NAMED DEFENDANTS IN AN AMOUNT SUFFICIENT TO PUNISH AND DETER SAID NAMED DEFENDANTS AND OTHERS FROM ENGAGING IN SIMILAR CONDUCT.

3) AWARD THE PLAINTIFF REASONABLE ATTORNEY FEES, EXPENSES AND FULL COST OF THIS FEDERAL CIVIL ACTION.AND.,

4) GRANT THE PLAINTIFF'S ANY SUCH OTHER AND FURTHER RELIEF AS THE COURT DEEMS PROPER AND LEGALLY JUST.

(40)

****DEMAND FOR JURY TRIAL****
THE HEREIN NAMED PLAINTIFF DAVID BRYAN CRESPO, DEMANDS A FULL TRIAL BY JURY UPON ALL ISSUES, CLAIMS AND CAUSE OF ACTIONS.

(41)

***********VERIFICATION******* ****

THIS IS TO VERIFY THAT THE FULL STATEMENTS OF CLAIMS AND ALL CAUSE OF ACTIONS AS SETFORTH IN PARAGRAPHS (1) THROUGH (40) ABOVE ARE TRUE AND CORRECT.

SWORN TO BEFORE ME THIS 16 / DAYOF March 2020

RESPECTFULLY SUBMITTED,

S/ _____

DAVID BRYAN CRESPO.
THE PLAINTIFF'S
3682 WILLOW CLUB DRIVE
LOGANVILLE GEORGIA,30052
706-621-3055


S/ _____
OFFICIAL NOTARY PUBLIC.



S/ 10/09/2022 ____
MY COMMISSION EXPIRES